# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. CR-16-045-D ) |
| DEANDRE SHAVON THOMPSON, a/k/a Little Twin, a/k/a Lil Silly, | ) ) ) ) |
| Defendant. | ) ) |

## FINAL ORDER OF FORFEITURE

This cause comes before the Court on Plaintiff's Motion for a Final Order of Forfeiture [Doc. No. 112]. Upon consideration, the Court finds:

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, this Court entered a Preliminary Order of Forfeiture based on Defendant's plea providing for the forfeiture of Defendant's right, title and interest in the below-described property (the "Subject Property"), and the Court's finding of the requisite nexus between the property and the offense committed by Defendant:

(1)  Rossi, .38 caliber revolver, bearing serial number E076046;

(2)  Walther, .380 caliber pistol, model PK380, bearing serial number PK035882; and

(3)  Any and all ammunition and magazines not specifically listed.

The Preliminary Order of Forfeiture directed the government to provide notice to any persons known to assert an interest, as well as publishing notice stating the intent of the United States to dispose of the Subject Property in accordance with the law and notifying all third parties of their right to petition the Court within 30 days for a hearing to adjudicate the validity of their alleged legal interest in the Subject Property.

Notice of this forfeiture and the requirements for filing a claim for the Subject Property was published on the government's website at www.forfeiture.gov for 30 consecutive days beginning on July 12, 2016, and ending on August 10, 2016, for at least 18 hours per day. A copy of the Preliminary Order of Forfeiture was also provided to the following:

    (a)    Marna S. Franklin, attorney for Defendant, by Notice of Electronic Filing on July 7, 2016. *See* Notice of Electronic Filing confirmation, Exhibit 2 to Motion for Final Order of Forfeiture.

    (b)    Deandre Shavon Thompson, Defendant, c/o Grady County Jail, by personal service via the USMS, on July 18, 2016, USM-285, Process Receipt and Return form [Doc. No. 74].

It appears from the record that no third party made any claim to or declared any interest in the Subject Property as required by the ancillary provision of 21 U.S.C. § 853(n). Therefore, any third-party interests are barred by failure of those parties to file a petition.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the right, title and interest to the Subject Property described above is hereby condemned, forfeited and vested in the United States of America, free and clear of the claims of any person,

including Deandre Shavon Thompson, and shall be disposed of according to law. Upon entry of this order, the United States Marshal's Service and the Bureau of Alcohol, Tobacco, Firearms and Explosives is directed to deliver the Subject Property to the United States of America for disposition according to law.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purposes of enforcing this Order.

IT IS SO ORDERED this 6th day of December, 2016.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE